United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

    Plaintiff

vs.

**CARL JAMES WORTHINGTON**

    Defendant
_____

:
:
:
:     Criminal No. 11-217
:
:
:
:     Order of Reallocation and
:     Reassignment
:
:
:
:

It is on this 28th day of November 2012,

O R D E R E D that the entitled action is reallocated from Newark to Trenton and reassigned from Judge Dickinson R. Debevoise to Judge Freda L. Wolfson.

                     S/Jerome B. Simandle
                     Jerome B. Simandle, Chief Judge
                     United States District Court